# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH EX REL. VICTOR YOUNG, III,

         Petitioner

         v.

MARK GARMAN, SUPERINTENDENT,

         Respondent

: No. 125 WM 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.